**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ILLINOIS REPUBLICAN PARTY, *et al.*, | |
| Plaintiffs, | |
| | No. |
| v. | |
| J.B. PRITZKER, as governor, | **CORPORATE & AFFILIATE DISCLOSURE STATEMENT** |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1 and N.D. Ill. Local R. 3.2, Plaintiffs state

- The Illinois Republican Party is a registered corporation with the Illinois Secretary of State. As a nonprofit corporation, it has no shareholders.
- Will County Republican Central Committee, Schaumburg Township Republican Organization, and Northwest Side GOP Club—are currently unincorporated associations with no publicly held corporate members.

Dated: June 15, 2020

Respectfully Submitted,

**ILLINOIS REPUBLICAN PARTY, WILL COUNTY REPUBLICAN CENTRAL COMMITTEE, SCHAUMBURG TOWNSHIP REPUBLICAN ORGANIZATION, NORTHWEST SIDE GOP CLUB**

By:    /s/ Daniel R. Suhr

Daniel R. Suhr
Jeffrey M. Schwab
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Telephone (312) 263-7668
dsuhr@libertyjusticecenter.org
jschwab@libertyjusticecenter.org
*Attorneys for Plaintiffs*