# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS REPUBLICAN PARTY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> J.B. PRITZKER, as Governor, <br><br> Defendant. | No. 1:20-cv-03489 <br><br> **Judge Sara L. Ellis** <br><br> **Agreed Motion For Briefing Schedule And Hearing On Motion For Preliminary Relief** |

Pursuant to Fed. R. Civ. P. 65, Plaintiffs have moved for preliminary relief in the form of a temporary restraining order and preliminary injunction to avoid imminent and irreparable injury. Of most immediate concern, they seek resolution of their request for preliminary relief in advance of a planned July 4th celebration by Plaintiff Will County Republican Central Committee.

Counsel for Plaintiffs have conferred with Counsel for Defendant Governor Pritzker, and they have agreed on the following proposed briefing schedule:

- Plaintiffs' Motion and Memorandum of Law, filed Monday, June 15.
- Defendant's Response, due Wednesday, June 24.
- Plaintiffs' Reply, due Thursday, June 25.

The parties request that the Court schedule a telephonic or videoconference hearing for the motion on Friday, June 26, or alternatively Monday, June 29.

Wherefore, the parties ask the Court to grant this motion, entering the briefing schedule on Plaintiffs' motion for temporary restraining order and preliminary injunction, and setting a hearing on that motion either by telephone or

videoconference on Friday, June 26, Monday, June 29, or at a time convenient for the Court in advance of a planned July 4th celebration by Plaintiff Will County Republican Central Committee.

Dated: June 18, 2020

                                                  Respectfully Submitted,

                                                  **Illinois Republican Party,** *et al.*

                                                  By:    /s/ Daniel R. Suhr

Daniel R. Suhr
Jeffrey M. Schwab
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Telephone (312) 263-7668
dsuhr@libertyjusticecenter.org
jschwab@libertyjusticecenter.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Served electronically on counsel for the Governor via email. /s/ Daniel Suhr