# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Illinois Republic Party et al. v. J.B. Pritzker

Case Number: 20-cv-03489

An appearance is hereby filed by the undersigned as attorney for: Plaintiffs Illinois Republic Party, Will County Republican Central Committee, Schaumburg Township Republican Organization, and Northwest Side GOP Club

Attorney name (type or print): Jeffrey M. Schwab

Firm: Liberty Justice Center

Street address: 190 S. LaSalle St., Suite 1500

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6290710
(See item 3 in instructions)

Telephone Number: 312-263-7668

Email Address: jschwab@libertyjusticecenter.org

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 06/22/2020

Attorney signature: /s/ Jeffrey M. Schwab
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015