# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Illinois Republican Party, et al.

                                  Plaintiff,

v.                                                            Case No.: 1:20–cv–03489

                                                                   Honorable Sara L. Ellis

J.B. Pritzker

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 2, 2020:

      MINUTE entry before the Honorable Sara L. Ellis: The Court denies Plaintiffs' expedited motion for injunction pending appeal [17]. The Court finds that the balance of harms and likelihood of success on the merits justify denying Plaintiffs'; request to hold an event greater than 50 persons on the Fourth of July. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.