IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS REPUBLICAN PARTY, WILL COUNTY REPUBLICAN CENTRAL COMMITTEE, SCHAUMBURG TOWNSHIP REPUBLICAN ORGANIZATION, and NORTHWEST SIDE GOP CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNOR JB PRITZKER,<br><br>Defendant. | No. 20-C-03489<br><br>Honorable Sara L. Ellis |

**THE GOVERNOR'S AMENDED UNOPPOSED MOTION
TO STAY PROCEEDINGS PENDING APPEAL**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant JB Pritzker, Governor of Illinois, by his attorney, Illinois Attorney General Kwame Raoul, respectfully requests that the Court stay the proceedings in this case in the district court until 30 days after the Supreme Court rules on the Plaintiffs' upcoming petition for certiorari, or, if the petition is granted, 30 days after the Supreme Court issues a decision on the merits. In support of this motion, the Governor states as follows:

1. On August 13, 2020, the Governor filed an unopposed motion to stay the proceedings in this Court until the later of September 17, 2020 or 30 days after Plaintiffs' interlocutory appeal is resolved and the mandate is issued. ECF 26. The Court has not yet acted on the Governor's motion.

2. The Seventh Circuit affirmed this Court's denial of Plaintiffs' motion for temporary restraining order and preliminary injunction on September 3, 2020. *Ill. Republican Party v.*

*Pritzker*, 973 F.3d 760 (7th Cir. 2020). The Seventh Circuit issued a mandate in the case on September 25, 2020. *Ill. Republican Party v. Pritzker*, No. 20-2175 (7th Cir.), ECF 37.

3. Counsel for Plaintiffs has informed counsel for the Governor that Plaintiffs intend to file a petition for certiorari before the United States Supreme Court.

4. Because the outcome of Plaintiffs' petition for certiorari is likely to be relevant to the Governor's responsive pleading, including a possible motion to dismiss, the Governor believes this Court's resources would be preserved if the parties are not required to simultaneously litigate in this Court as well as in the Supreme Court. The Governor therefore requests that the Court stay his deadline to answer or otherwise respond to the complaint, and stay all other district court proceedings, until 30 days after the Supreme Court rules on the petition for certiorari, or, if the petition is granted, 30 days after the Supreme Court issues a decision on the merits.

5. Counsel for the Governor has conferred with counsel for Plaintiffs concerning this motion, and counsel for Plaintiffs has authorized the Governor to represent that they do not oppose the motion.

For these reasons, the Governor requests that the Court stay the deadline to respond to Plaintiffs' complaint and stay all other proceedings pertaining to this case in this Court until 30 days after the Supreme Court rules on the petition for certiorari, or, if the petition is granted, 30 days after the Supreme Court issues a decision on the merits.

Date: October 19, 2020

Respectfully submitted,

KWAME RAOUL
*Illinois Attorney General*

|  | By: */s/ Jeffrey J. VanDam* |
|---|---|

R. Douglas Rees
*Deputy Attorney General*
Christopher G. Wells
*Chief, Public Interest Division*
Hal Dworkin
*Assistant Attorney General*
Office of the Illinois Attorney General
100 W. Randolph St.
Chicago, IL 60601
(312) 814-3000
rrees@atg.state.il.us
cwells@atg.state.il.us
hdworkin@atg.state.il.us

Jeffrey J. VanDam
*Public Interest Counsel*
jvandam@atg.state.il.us
(718) 702-3337

3